FILED
February 11, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                         )     Case No.  2:08-mj-51 KJM
         Plaintiff, )
v. )     ORDER FOR RELEASE
                                         )     OF PERSON IN CUSTODY
Tanya Marlin, )
         Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __Tanya Marlin__  Case __2:08-mj-51 KJM__ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   __    Release on Personal Recognizance

    __   __    Bail Posted in the Sum of _____

    __X__    Unsecured bond in the amount of $50,000, co-signed by the defendant's parents

    __   __    Appearance Bond with 10% Deposit

    __   __    Appearance Bond secured by Real Property

    __   __    Corporate Surety Bail Bond

    __X__    (Other) __PTS conditions/supervision;__

Issued at __Sacramento, CA__ on __2/11/08__ at __2:45 p.m.__

By _____
Kimberly J. Mueller,
United States Magistrate Judge