1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, #91413
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   TANYA MARLIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:08-mj-0051 KJM |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO EXTEND |
| | ) TIME FOR PRELIMINARY EXAMINATION |
| TANYA MARLIN, | ) AND EXCLUDE TIME |
| | ) |
| | ) Date: April 17, 2008 |
| Defendant. | ) Time: 2:00 p.m. |
| _____ | ) Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Preliminary Examination scheduled for April 17, 2008 be vacated and that time beginning April 17, 2008, and extending through May 29, 2008 be excluded from time under the Speedy Trial Act within which an indictment must be found. Further, the Defendant consents to an extension of the time for preliminary examination until May 29, 2008. Fed. R. Crim. P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). In particular, the time is required so that the parties can discuss a proposed disposition and conduct investigation.

| | |
|---|---|
| 1 | Counsel for the defendant has talked to his respective client in |
| 2 | this case, and represent that she has consented to this continuance and |
| 3 | exclusion of time, agreeing that the interests of justice are furthered |
| 4 | thereby. |

   Counsel for the defendant has talked to his respective client in this case, and represent that she has consented to this continuance and exclusion of time, agreeing that the interests of justice are furthered thereby.

   The parties stipulate that the interests of justice outweigh the interest of the public and the defendant in a speedy filing of an indictment or information, 18 U.S.C. §§ 3161(b)(h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of this criminal case. Fed. R. Crim. P. 5.1(d).

   The parties further request that this matter be taken off calendar until May 29, 2008, or such other future time as any party may request a hearing for a purpose other than preliminary examination.

   **IT IS SO STIPULATED.**

DATE: April 16, 2008          /s/ Jeffrey L. Staniels
                              JEFFREY L. STANIELS
                              Assistant Federal Defender
                              Attorney for TANYA MARLIN


DATE: April 16, 2008          McGREGOR W. SCOTT
                              United States Attorney

                         By:  /s/ Jill Thomas
                              JILL THOMAS
                              Assistant U.S. Attorney

   IT IS SO ORDERED.

DATED: April 16, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/marlin0051.stipord